UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

───────────────────

| | |
|---|---|
| BRUCE SCHULTZ, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:16-cv-1448 |
| MICHIGAN DEPARTMENT OF AGRICULTURE AND RURAL DEVELOPMENT, | ) Honorable Phillip J. Green |
| Defendant. | ) |

## JUDGMENT

For the reasons set forth in the accompanying Memorandum Opinion and Order,

**IT IS ORDERED** that judgment is hereby entered dismissing all plaintiff's claims against defendant because they are barred by Eleventh Amendment immunity.

Dated: December 12, 2018 /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge